No. 10–10828. HEXON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10829. FROST v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–10830. PINO GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10831. HERMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10832. GIBBS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10834. BROWN v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 10–10835. ALVAREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10836. BELL v. GAINER ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–10837. BROOKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10840. REED v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10841. WALKER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–10844. GRIBOVSZKI v. STANFORD UNIVERSITY. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–10845. HENSLEE v. SIMMONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10846. HIGHTOWER v. COLEMAN ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 10–10847. GRAY v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.